713 A.2d 1049

IN THE MATTER OF BRUCE A. WALLACE,
III, AN ATTORNEY AT LAW.

July 28, 1998.

## ORDER

This matter having been duly presented to the Court, it is ORDERED that **BRUCE A. WALLACE, III** of **CHERRY HILL**, who was admitted to the bar of this State in 1986, and who was suspended from the practice of law for three months by Order of this Court dated March 24, 1998, be restored to the practice of law, effective immediately.

713 A.2d 1049

IN THE MATTER OF ALBERT S. PARSONNET,
AN ATTORNEY AT LAW.

July 29, 1998.

## ORDER

This matter having been duly presented to the Court, it is ORDERED that **ALBERT S. PARSONNET** of **HILLSIDE**, who was admitted to the bar of this State in 1955, and who was suspended from the practice of law for one year retroactive to March 6, 1997, by Order of this Court dated March 24, 1998, be restored to the practice of law, effective immediately.